**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Future Present Productions, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  GUM Studios** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1031691** | |

| | | Principal place of business | Mailing address, if different from principal place of business |
|---|---|---|---|
| 4. | **Debtor's address** | **2-15 Borden Ave** <br> **Long Island City, NY 11101** <br> Number, Street, City, State & ZIP Code | **PO Box 200284** <br> **Brooklyn, NY 11220** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Queens** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **gumstudios.nyc** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Future Present Productions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>  5121  </u>

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor   **Future Present Productions, LLC**
_____
Name

Case number (*if known*) _____

| | |
|---|---|
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No<br>■ Yes. |

| | | | | | |
|---|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **Carrie White** | Relationship | **owner of 100% of interests** | |
| | District | **Eastern District of New York** | When | **3/03/23** | Case number, if known **23-40748** |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

---

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Future Present Productions, LLC**                                     Case number (*if known*) _____
         Name

**16.  Estimated liabilities**
☐ $0 - $50,000                    ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐  $50,001 - $100,000             ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Future Present Productions, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 18, 2023**
                MM / DD / YYYY

**X** **/s/ Carrie White**                                        **Carrie White**
Signature of authorized representative of debtor          Printed name

Title    **CEO**

**18. Signature of attorney**

**X** **/s/ Lewis W. Siegel**                    Date    **July 18, 2023**
Signature of attorney for debtor                        MM / DD / YYYY

**Lewis W. Siegel**
Printed name

**Lewis W. Siegel**
Firm name

**60 East 42nd Street - Suite 4600**
**New York, NY 10165**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 286-0010**          Email address    **LWS@LWSEsq.com**

**NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Future Present Productions, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 18, 2023**          X **/s/ Carrie White**
                                            Signature of individual signing on behalf of debtor

                                            **Carrie White**
                                            Printed name

                                            **CEO**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Future Present Productions, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Monarch Mgt Inc. 545 California Rd Bronxville, NY 10708** | | **Rent** | | | | **$900,000.00** |
| **Kaplon-Belo Associates, Inc. 37-30 Review Ave - Ste 101 Long Island City, NY 11101** | | **Rent** | | | | **$700,000.00** |
| **Con Edison JAF Station PO Box 1702 New York, NY 10116** | | **Utilities - 4508 2nd Ave, Bklyn Front & Rear; 172 44th St., Bklyn; 162 44th St., Bkllyn, 2-15 Borden Ave, LIC** | **Disputed** | | | **$525,000.00** |
| **CDM Realty LLC 4508 2nd Ave Brooklyn, NY 11232** | | **Rent** | | | | **$400,000.00** |
| **Flex Realty Holdings LLC 162 44th Street Brooklyn, NY 11232** | | **Rent** | | | | **$340,000.00** |
| **1000 Dean Owner LLC c/o Meadow Partners 430 Park Avenue, 15th Floor, New York, NY 10022** | | **alleged rent damages** | **Disputed** | | | **$296,000.00** |
| **On Deck 4700 Daybreak Pkwy - Ste 200 Sandy, UT 84090** | | **Loan** | **Disputed** | | | **$138,917.00** |

| Debtor | **Future Present Productions, LLC** | | | Case number *(if known)* | |

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NY State Dept. of Tax & Finance - Insolvency Unit POB 5300 Albany, NY 12205** | | **estimated sales taxes** | | | | **Unknown** |
| **Balboa Capital 575 Anton Blvd - 12th Fl Costa Mesa, CA 92626** | | **Loan** | | | | **$58,464.00** |
| **NY State Dept. of Tax & Finance - Insolvency Unit POB 5300 Albany, NY 12205** | | **estimated sales taxes** | | | | **Unknown** |
| **NYC Dept. of Finance Bankruptcy Section 375 Pearl Street, 30th Floor New York, NY 10038** | | **Taxes - Gen Corp.** | | | | **Unknown** |
| **Pronar Realty, LLC c/o Baudin Seldin 337 Mason Blvd Staten Island, NY 10309** | | **Rent** | | | | **$22,000.00** |
| **Small Business Continuity Fund 1 Liberty Plaza - 11th Fl New York, NY 10006** | | **Machinery, equipment, accounts,etc.** | | **$31,945.00** | **$10,000.00** | **$21,945.00** |
| **IFundExperts 12067 NW 76th PL Pompano Beach, FL 33076** | | **Loan** | **Disputed** | | | **$20,477.00** |
| **National Grid PO Box 9040 Hicksville, NY 11802** | | **Utilities** | | | | **$14,400.00** |
| **Pearl Delta Funding LLC 525 Washington Blvd - 22nd Fl Jersey City, NJ 07310** | | **Loan** | **Disputed** | | | **$9,621.00** |
| **LG Funding LLC 1218 Union St Brooklyn, NY 11225** | | **Loan** | **Disputed** | | | **$8,854.00** |

Debtor  **Future Present Productions, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NYC Dept. of Finance Bankruptcy Section 375 Pearl Street, 30th Floor New York, NY 10038** | | **Taxes - Gen Corp.** | | | | **Unknown** |

**Fill in this information to identify the case:**

Debtor name __**Future Present Productions, LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................... $       **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $     **6,065,879.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................. $     **6,065,879.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **2,184,285.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **142,976.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **3,433,733.00**

4.  Total liabilities ........................................................................................................
    Lines 2 + 3a + 3b

$     **5,760,994.00**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Future Present Productions, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$1,500.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase** | **Checking** | **5253** | **$54,803.00** |
| 3.2. | **Chase** | **Checking** | **9305** | **$200,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$256,303.00**

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **CDM Realty - Security deposit** | **$90,666.00** |
|---|---|---|

Debtor    **Future Present Productions, LLC**                    Case number *(If known)* _____
            Name

| | | |
|---|---|---|
| 7.2. | **Flex Realty - security deposit** | $76,876.00 |
| 7.3. | **Kaplon-Belo - security deposit** | $40,000.00 |
| 7.4. | **Pronar Realty - security deposit** | $22,000.00 |
| 7.5. | **ConEd** | $7,087.00 |
| 7.6. | **Monarch Mgmt** | $61,697.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                          | $298,326.00 |

      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

   11a. 90 days old or less:          **386,250.00**    -        **0.00**   = ....        $386,250.00
                                    face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                          | $386,250.00 |

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | **Future Present Productions, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

19.     **Raw materials**

20.     **Work in progress**

21.     **Finished goods, including goods held for resale**

22.     **Other inventory or supplies**
        **Miscellaneous inventory**
        **and supplies**                                        **Unknown**      **N/A**                    **$10,000.00**

23.     **Total of Part 5.**                                                                    **$10,000.00**

        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Miscellaneous furniture** | **Unknown** | | **$10,000.00** |
| 40. **Office fixtures** **miscellaneous fixtures** | **Unknown** | | **$10,000.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Miscellaneous equipment** | **Unknown** | | **$10,000.00** |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
        books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
        collections; other collections, memorabilia, or collectibles

Debtor   **Future Present Productions, LLC**                     Case number *(If known)* _____
_____
      Name

43.    **Total of Part 7.**

       Add lines 39 through 42.  Copy the total to line 86. | **$30,000.00**

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2019 Isuzu NQR NR354 VIN:**<br>       **JALE5W160K7900693** | **Unknown** | | **$85,000.00** |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm**<br>      **machinery and equipment)** | | | |
|       **Film and media production rental equipment** | **$6,362,954.00** | | **$5,000,000.00** |

51.    **Total of Part 8.**

       Add lines 47 through 50.  Copy the total to line 87. | **$5,085,000.00**

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Debtor | Future Present Productions, LLC | Case number *(If known)* |
|--------|--------------------------------|---------------------------|
| | Name | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Debtor has leases on the properties listed in Schedule G - it is not known if any of the leases could be sold for any material amount leases from CDM and Monarch may be for below market rents** | **Lease** | **$0.00** | | **$0.00** |

| 56. | **Total of Part 9.** | | **$0.00** |
|-----|----------------------|---|------------|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**Debtor may have a trademark in the name GUM** | **$0.00** | | **Unknown** |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>**Debtor has customer information in various lists maintained for operations - no believed commercial value in such lists** | **$0.00** | | **$0.00** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

Debtor    **Future Present Productions, LLC**                    Case number *(If known)* _____
_____
Name

66.    **Total of Part 10.**                                                    | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**
**Debtor maintains insurance policies for : auto,**
**workments comp; liability; property damage;**                            **Unknown**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                    | **$0.00** |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Future Present Productions, LLC**          Case number *(if known)* _____
       Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $256,303.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $298,326.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $386,250.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $30,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,085,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,065,879.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,065,879.00 |

**Fill in this information to identify the case:**

Debtor name  **Future Present Productions, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**  **Grow America SBA**
Creditor's Name

**PO Box 3918**
**Portland, OR 97208**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2019**
Last 4 digits of account number
**7002**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Grow America SBA**
**2. SBA EIDL**

Describe debtor's property that is subject to a lien
**Film and media production rental equipment**

Describe the lien
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $205,678.00 | $5,000,000.00 |
|---|---|

**2.2**  **Isuzu Finance Company of America**
Creditor's Name

**2500 Westchester Avenue - Ste 312**
**Purchase, NY 10577**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2019**
Last 4 digits of account number
**9841**

Describe debtor's property that is subject to a lien
**2019 Isuzu NQR NR354 VIN: JALE5W160K7900693**

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| $15,486.00 | $85,000.00 |
|---|---|

| Debtor | **Future Present Productions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **SBA EIDL** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**

**Film and media production rental equipment**

$1,931,176.00        $5,000,000.00

**PO Box 3918**
**Portland, OR 97208**
Creditor's mailing address

**Describe the lien**

**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2020**
**Last 4 digits of account number**
**7409**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Small Business Continuity Fund** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**

**Machinery, equipment, accounts,etc.**

$31,945.00        $10,000.00

**1 Liberty Plaza - 11th Fl**
**New York, NY 10006**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2020**
**Last 4 digits of account number**
**0525**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$2,184,285.00

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Debtor    **Future Present Productions, LLC**                                   Case number (*if known*) _____
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
|---|

Debtor name    **Future Present Productions, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$42,347.00** | **Unknown** |
|---|---|---|---|---|
| | **NY State Dept. of Tax & Finance - Insolvency Unit POB 5300 Albany, NY 12205** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **last quarter 2022** | Basis for the claim: **estimated sales taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$61,529.00** | **Unknown** |
|---|---|---|---|---|
| | **NY State Dept. of Tax & Finance - Insolvency Unit POB 5300 Albany, NY 12205** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **1st quarter 2023** | Basis for the claim: **estimated sales taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes | | |

26260

| Debtor | **Future Present Productions, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,058.00 | Unknown |
|---|---|---|---|---|

**NYC Dept. of Finance**
**Bankruptcy Section**
**375 Pearl Street, 30th Floor**
**New York, NY 10038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2022** | **Taxes - Gen Corp.** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35,042.00 | Unknown |
|---|---|---|---|---|

**NYC Dept. of Finance**
**Bankruptcy Section**
**375 Pearl Street, 30th Floor**
**New York, NY 10038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2021** | **Taxes - Gen Corp.** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $296,000.00 |
|---|---|---|---|

**1000 Dean Owner LLC**
**c/o Meadow Partners**
**430 Park Avenue, 15th Floor,**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **alleged rent damages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,464.00 |
|---|---|---|---|

**Balboa Capital**
**575 Anton Blvd - 12th Fl**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Penny**
**36 Scofield Court**
**Peekskill, NY 10566**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **None**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Future Present Productions, LLC**                                    Case number (*if known*)  _____
_____
Name

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400,000.00** |
|---|---|---|---|

**CDM Realty LLC**
**4508 2nd Ave**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Rent**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$525,000.00** |
|---|---|---|---|

**Con Edison**
**JAF Station**
**PO Box 1702**
**New York, NY 10116**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Utilities -**
**4508 2nd Ave, Bklyn Front & Rear; 172 44th St., Bklyn; 162 44th St.,**
**Bkllyn, 2-15 Borden Ave, LIC**

Last 4 digits of account number  **hers**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$340,000.00** |
|---|---|---|---|

**Flex Realty Holdings LLC**
**162 44th Street**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Rent**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,477.00** |
|---|---|---|---|

**IFundExperts**
**12067 NW 76th PL**
**Pompano Beach, FL 33076**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/23**

Basis for the claim:  **Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700,000.00** |
|---|---|---|---|

**Kaplon-Belo Associates, Inc.**
**37-30 Review Ave - Ste 101**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Rent**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,854.00** |
|---|---|---|---|

**LG Funding LLC**
**1218 Union St**
**Brooklyn, NY 11225**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900,000.00** |
|---|---|---|---|

**Monarch Mgt Inc.**
**545 California Rd**
**Bronxville, NY 10708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Rent**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Future Present Productions, LLC**                                    Case number (if known) _____
        Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,400.00** |
|---|---|---|---|
| | **National Grid** | ☐ Contingent | |
| | **PO Box 9040** | ☐ Unliquidated | |
| | **Hicksville, NY 11802** | ☐ Disputed | |
| | Date(s) debt was incurred ____ | Basis for the claim:  **Utilities** | |
| | Last 4 digits of account number  **3486;5208;2474** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$138,917.00** |
|---|---|---|---|
| | **On Deck** | ☐ Contingent | |
| | **4700 Daybreak Pkwy - Ste 200** | ☐ Unliquidated | |
| | **Sandy, UT 84090** | ■ Disputed | |
| | Date(s) debt was incurred  **11/22** | Basis for the claim:  **Loan** | |
| | Last 4 digits of account number ____ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,621.00** |
|---|---|---|---|
| | **Pearl Delta Funding LLC** | ☐ Contingent | |
| | **525 Washington Blvd - 22nd Fl** | ☐ Unliquidated | |
| | **Jersey City, NJ 07310** | ■ Disputed | |
| | Date(s) debt was incurred  **12/22** | Basis for the claim:  **Loan** | |
| | Last 4 digits of account number ____ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,000.00** |
|---|---|---|---|
| | **Pronar Realty, LLC** | ☐ Contingent | |
| | **c/o Baudin Seldin** | ☐ Unliquidated | |
| | **337 Mason Blvd** | ☐ Disputed | |
| | **Staten Island, NY 10309** | | |
| | Date(s) debt was incurred ____ | Basis for the claim:  **Rent** | |
| | Last 4 digits of account number ____ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Kaufman Dolowich Voluck et al** **40 Exchange Place, 20th Floor** **New York, NY 10005** | Line  **3.3**  ☐ Not listed. Explain ____ | _ |
| 4.2 | **Lieberman and Klestzick LLP** **PO Box 356** **Cedarhurst, NY 11516** | Line  **3.9**  ☐ Not listed. Explain ____ | _ |
| 4.3 | **Monarch Sales Ltd.** **545 California Rd** **Bronxville, NY 10708** | Line  **3.10**  ☐ Not listed. Explain ____ | _ |
| 4.4 | **Rivkin Radler LLP** **477 Madison Avenue** **New York, NY 10022** | Line  **3.1**  ☐ Not listed. Explain ____ | _ |

| Debtor | **Future Present Productions, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.5 | **Sticky Studios, LLC**<br>**36 Scofield Court**<br>**Peekskill, NY 10566** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **The Klein Law Firm LLC**<br>**PO Box 714**<br>**Lakewood, NJ 08701** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Triton Recovery Group**<br>**19790 W Dixie Hwy - Ste 301**<br>**Aventura, FL 33180** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | 142,976.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 3,433,733.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,576,709.00 |

| Fill in this information to identify the case: |
| :--- |
| Debtor name  **Future Present Productions, LLC** |
| United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK |
| Case number (if known) _____ |

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| :--- | :--- |
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **office and warehouse - 4508 Second Avenue, Bklyn, NY** | |
| State the term remaining | **4 years** | |
| List the contract number of any government contract | _____ | **CDM Realty LLC**<br>**4508 2nd Ave**<br>**Brooklyn, NY 11232** |

| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **26,600 sq ft at 156-172 44th Street, Bklyn, NY** | |
| :--- | :--- | :--- |
| State the term remaining | **4 years** | |
| List the contract number of any government contract | _____ | **Flex Realty Holdings LLC**<br>**162 44th Street**<br>**Brooklyn, NY 11232** |

| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | **11,000 sq ft at 156-172 44th Street, Bklyn, NY** | |
| :--- | :--- | :--- |
| State the term remaining | **2+ months** | |
| List the contract number of any government contract | _____ | **Flex Realty Holdings LLC**<br>**162 44th Street**<br>**Brooklyn, NY 11232** |

| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | **premises at 2-15 Borden Ave, LIC, NY** | |
| :--- | :--- | :--- |
| State the term remaining | **9 months** | |
| List the contract number of any government contract | _____ | **Kaplon-Belo Associates, Inc.**<br>**37-30 Review Ave - Ste 101**<br>**Long Island City, NY 11101** |

| Debtor 1 | **Future Present Productions, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **premises at 4473 C 1st Avenue, Bklyn, NY** | |
|---|---|---|---|
| | State the term remaining | | **Monarch Mgt. Inc.** |
| | List the contract number of any government contract | | **545 California Rd Bronxville, NY 10708** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **7,250 sq ft at 4473 A 1st Avenue, Bklyn, NY** | |
|---|---|---|---|
| | State the term remaining | **4 years** | **Monarch Sales Ltd.** |
| | List the contract number of any government contract | | **545 California Rd Bronxville, NY 10708** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **premises at 228 45th Street, Bklyn NY** | |
|---|---|---|---|
| | State the term remaining | **4 years** | **Pronar Realty, LLC c/o Baudin Seldin** |
| | List the contract number of any government contract | | **337 Mason Blvd Staten Island, NY 10309** |

| Fill in this information to identify the case: |
|---|

Debtor name   **Future Present Productions, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Carrie White** | **1251 NW 34th Ave Cape Coral, FL 33993** | **CDM Realty LLC** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.2 | **Carrie White** | **1251 NW 34th Ave Cape Coral, FL 33993** | **Pronar Realty, LLC** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.3 | **Carrie White** | **1251 NW 34th Ave Cape Coral, FL 33993** | **Flex Realty Holdings LLC** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.4 | **Carrie White** | **1251 NW 34th Ave Cape Coral, FL 33993** | **Monarch Mgt Inc.** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Future Present Productions, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,145,898.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$8,896,417.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$7,670,679.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Debtor   **Future Present Productions, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **SBA EIDL**<br>**PO Box 3918**<br>**Portland, OR 97208** | **3/20. 4/20.**<br>**5/20** | **$29,496.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **GAF SBA**<br>**PO Box 3918**<br>**Portland, OR 97208** | **3/1, 4/3. 5/1** | **$18,733.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Small Business Continuity Fund**<br>**1 Liberty Plaza - 11th Fl**<br>**New York, NY 10006** | **3/1, 4/3, 5/1** | **$4,166.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Balboa Capital**<br>**575 Anton Blvd - 12th Fl**<br>**Costa Mesa, CA 92626** | **3/10, 4/10,**<br>**5/10** | **$10,962.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Pearl Delta Funding LLC**<br>**525 Washington Blvd - 22nd Fl**<br>**Jersey City, NJ 07310** | **taken from**<br>**account**<br>**4/28/23** | **$99,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **claimed account**<br>**receivable ownership** |
| 3.6. **LG Funding LLC**<br>**c/o Lieberman and Klestzick LLP**<br>**PO Box 356**<br>**Cedarhurst, NY 11516** | **taken from**<br>**account**<br>**4/28/23** | **$140,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **claimed account**<br>**receivable ownership** |
| 3.7. **IFundExperts**<br>**12067 NW 76th PL**<br>**Pompano Beach, FL 33076** | **taken from**<br>**account**<br>**4/28/23** | **$59,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **claimed account**<br>**receivable ownership** |

Debtor    **Future Present Productions, LLC**                                    Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Kaplan-Belo v. Debtor** | **Landlord-Tenant** | **Supreme Court, Queens County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Pearl Delta Funding LLC v. Debtor et al**<br>**704536/2023** | **Contract breach** | **Supreme Court, Queens County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **1000 Dean Owner LLC v. Debtor et al**<br>**504025/2023** | **alleged rent damages** | **Supreme Court, Kings County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Brian Penny & Sticky Studios pettition for dissolution of Debtor**<br>**719754/2022** | **Pettition for dissolution of Debtor** | **Supreme Court, Queens County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | Future Present Productions, LLC | Case number (if known) | |
|--------|-------------------------------|------------------------|---|

■ None

## Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Lewis W. Siegel<br>60 East 42nd Street - Suite 4000<br>New York, NY 10165 | Attorney Fees | April - July 2023 | $37,903.00 |
| | Email or website address<br>LWS@LWSEsq.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------------------------|-----------------------------------|---------------------------|-----------------------|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **Future Present Productions, LLC** _____    Case number *(if known)* _____

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2-15 Borden Avenue Long Island City, NY 11101** | **3/15 - current** |
| 14.2. | **4508 2nd Avenue Brooklyn, NY 11232** | **1/18 - current** |
| 14.3. | **162 44th St. Brooklyn, NY 11232** | **7/18 - current** |
| 14.4. | **147 43rd Street Brooklyn, NY 11232** | **7/18 - current** |
| 14.5. | **225 45th Street Brooklyn, NY 11232** | **8/22 - current** |

| **Part 8:** | **Health Care Bankruptcies** |

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Guideline 401 (k) Future Present Productions 401 (k) Plan - ID #21D26232** | EIN:  **47-1031691** |

Debtor    **Future Present Productions, LLC**                                    Case number *(if known)* _____

Has the plan been terminated?

■ No
☐ Yes

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase Merchant Sevices** | XXXX-5319 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other___ | 5/23/2023 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Debtor    Future Present Productions, LLC _____    Case number *(if known)* _____

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■  None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐  None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Candela and Associates, LLC**<br>**535 5th Ave,**<br>**New York, NY 10017** | **10/20 - current** |
| 26a.2.    **Jezrael Salisbury**<br>**c/o debtor** | **5/20 - current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐  None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Candela and Associates** | **7/20 - current** |

| Debtor | Future Present Productions, LLC | Case number *(if known)* | |
|---|---|---|---|

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **debtor** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **American Express**<br>**200 Vesey Street**<br>**New York, NY 10285** |
| 26d.2. **SBA EIDL**<br>**PO Box 3918**<br>**Portland, OR 97208** |
| 26d.3. **LG Funding**<br>**1218 Union Street**<br>**Brooklyn, NY 11225** |
| 26d.4. **On Deck**<br>**4700 Daybreak Pkwy - Ste 200**<br>**Sandy, UT 84090** |
| 26d.5. **Pearl Capital**<br>**525 Washington Blvd - 22nd Fl**<br>**Jersey City, NJ 07310** |
| 26d.6. **I Fund Experts**<br>**12067 NW 76th PL**<br>**Pompano Beach, FL 33076** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Carrie White** | **c/o debtor** | **CEO** | **100% membership interests** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ryan Roco** | **c/o debtor** | **Vice President** | **-0-** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Debtor    **Future Present Productions, LLC**                                    Case number *(if known)*

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value compensation and reimbursement of expenses |
|---|---|---|---|---|
| 30.1. | **Carrie White**<br>**c/o debtor** | **$574,000** | **various** | |
| | Relationship to debtor<br>**CEO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 18, 2023

**/s/ Carrie White**                                    **Carrie White**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re **Future Present Productions, LLC**

Debtor(s)

Case No. _____

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | $550/hour |
| Prior to the filing of this statement I have received | $ | **36,165.00** |
| Balance Due | $ | TBD |

2.  $ **1,738.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  All services required in connection with the Chapter 11 case

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    .

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

7/18/2023

*Date*

/s/ Lewis W Siegel

**Lewis W. Siegel**

*Signature of Attorney*

**Lewis W. Siegel**
**60 East 42nd Street - Suite 4600**
**New York, NY 10165**
**(212) 286-0010   Fax: 212-884-9586**
**LWS@LWSEsq.com**

*Name of law firm*

---

# United States Bankruptcy Court
### Eastern District of New York

In re  **Future Present Productions, LLC** _____     Case No. _____
                                    Debtor(s)                    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Carrie White**<br>**1251 NW 34th Ave**<br>**Cape Coral, FL 33993** | | | **Membership Interests** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 18, 2023** _____     Signature  **/s/ Carrie White** _____
                                                                **Carrie White**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of New York**

In re    **Future Present Productions, LLC**                                    Case No.

Debtor(s)                    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **July 18, 2023**                    **/s/ Carrie White**

**Carrie White**/CEO
Signer/Title

Date:    **July 18, 2023**                    **/s/ Lewis W. Siegel**

Signature of Attorney
**Lewis W. Siegel**
**Lewis W. Siegel**
**60 East 42nd Street - Suite 4600**
**New York, NY 10165**
**(212) 286-0010   Fax: 212-884-9586**

USBC-44                                                                                    Rev. 9/17/98

1000 Dean Owner LLC
c/o Meadow Partners
430 Park Avenue, 15th Floor,
New York NY 10022

Balboa Capital
575 Anton Blvd - 12th Fl
Costa Mesa CA 92626

Brian Penny
36 Scofield Court
Peekskill NY 10566

Carrie White
1251 NW 34th Ave
Cape Coral FL 33993

CDM Realty LLC
4508 2nd Ave
Brooklyn NY 11232

Con Edison
JAF Station
PO Box 1702
New York NY 10116

Flex Realty Holdings LLC
162 44th Street
Brooklyn NY 11232

Grow America SBA
PO Box 3918
Portland OR 97208

IFundExperts
12067 NW 76th PL
Pompano Beach FL 33076

Isuzu Finance Company of America
2500 Westchester Avenue - Ste 312
Purchase NY 10577

Kaplon-Belo Associates, Inc.
37-30 Review Ave - Ste 101
Long Island City NY 11101

Kaufman Dolowich Voluck et al
40 Exchange Place, 20th Floor
New York NY 10005

LG Funding LLC
1218 Union St
Brooklyn NY 11225

Lieberman and Klestzick LLP
PO Box 356
Cedarhurst NY 11516

Monarch Mgt Inc.
545 California Rd
Bronxville NY 10708

Monarch Mgt. Inc.
545 California Rd
Bronxville NY 10708

Monarch Sales Ltd.
545 California Rd
Bronxville NY 10708

National Grid
PO Box 9040
Hicksville NY 11802

NY State Dept. of Tax &
Finance - Insolvency Unit
POB 5300
Albany NY 12205

NYC Dept. of Finance
Bankruptcy Section
375 Pearl Street, 30th Floor
New York NY 10038

On Deck
4700 Daybreak Pkwy - Ste 200
Sandy UT 84090

Pearl Delta Funding LLC
525 Washington Blvd - 22nd Fl
Jersey City NJ 07310

Pronar Realty, LLC
c/o Baudin Seldin
337 Mason Blvd
Staten Island NY 10309

Rivkin Radler LLP
477 Madison Avenue
New York NY 10022

SBA EIDL
PO Box 3918
Portland OR 97208

Small Business Continuity Fund
1 Liberty Plaza - 11th Fl
New York NY 10006

Sticky Studios, LLC
36 Scofield Court
Peekskill NY 10566

The Klein Law Firm LLC
PO Box 714
Lakewood NJ 08701

Triton Recovery Group
19790 W Dixie Hwy - Ste 301
Aventura FL 33180

Equifax Information
 Services LLC
P.O. Box 740256
Atlanta GA 30374

Experian
PO Box 2002
Allen TX 75013

TransUnion
Post Office Box 2000
Chester PA 19022

# United States Bankruptcy Court
## Eastern District of New York

In re **Future Present Productions, LLC**

Debtor(s)

Case No.

Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Future Present Productions, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 18, 2023**

Date

**/s/ Lewis W. Siegel**

**Lewis W. Siegel**

Signature of Attorney or Litigant

Counsel for   **Future Present Productions, LLC**

**Lewis W. Siegel**
**60 East 42nd Street - Suite 4600**
**New York, NY 10165**
**(212) 286-0010 Fax:212-884-9586**
**LWS@LWSEsq.com**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**


**STATEMENT PURSUANT TO LOCAL
BANKRUPTCY RULE 1073-2(b)**

**DEBTOR(S):**  **Future Present Productions, LLC** _____     **CASE NO.:** _____

     Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:


1. CASE NO.:  **23-40748**   JUDGE:  **Jil Mazer-Marino**   DISTRICT/DIVISION:  **Eastern District of New York**

DEBTOR NAME:  **Carrie White**

CASE STILL PENDING (Y/N):    **Y**          [*If closed*] Date of closing:

  CURRENT STATUS OF RELATED CASE: _____
                     (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: __**owner of 100% of interests**__

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:


2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

  CURRENT STATUS OF RELATED CASE: _____
                     (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____


3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

  CURRENT STATUS OF RELATED CASE: _____
                                           (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __**Y**__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

**/s/ Lewis W. Siegel**
_____                    _____
**Lewis W. Siegel**
Signature of Debtor's Attorney                          Signature of Pro Se Debtor/Petitioner
**Lewis W. Siegel**
**60 East 42nd Street - Suite 4600**
**New York, NY 10165**                                  _____
**(212) 286-0010 Fax:212-884-9586**
                                                        Signature of Pro Se Joint Debtor/Petitioner

                                                        _____
                                                        Mailing Address of Debtor/Petitioner

                                                        _____
                                                        City, State, Zip Code

                                                        _____
                                                        Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise
result.